



FILED

2018 MAY 16 AM 11: 18

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Efrén DIAZ-Báez,<br><br>　　　　　　　　Defendant. | Case No.: '18 MJ8752<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325<br>Attempted Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about May 15, 2018, within the Southern District of California, defendant, Efrén DIAZ-Báez, an alien, did knowingly and willfully attempt to enter the United States at a place other than as designated by immigration officers and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Jeffrey L. Binuya, CBP Chief
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY 2018.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

2

1 | UNITED STATES OF AMERICA
2 | v.
Efrén DIAZ-Báez

3 | STATEMENT OF FACTS

4 The complainant states this complaint is based upon the investigative report of Customs and Border Protection Officer-Enforcement (CBPO-E) Margarita Carter that defendant, Efrén DIAZ-Báez (DIAZ), attempted to enter the United States at the Calexico, California West Port of Entry on May 15, 2018.

On May 15, 2018, at approximately 5:15 a.m., DIAZ attempted to elude inspection at the Calexico West Port of Entry by concealing himself inside a railroad car of the train for admission into the United States from Mexico. Upon an inspection of the train, United States Customs and Border Protection Officer (CBPO) Murillo reviewed the X-ray imagery and observed an anomaly in rail hopper car # SOYX9801081. CBPO Murillo immediately stopped the train and advised CBP Officer McBee. CBPO McBee and CBPO Murillo discovered two individuals, attempting to hide within the rail hopper cars as it made entry into the United States. CBPO McBee and CBPO Murillo suspected DIAZ was not a United States citizen. At that time, DIAZ was apprehended and escorted to the secondary office for further inspection.

During the secondary inspection, DIAZ fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) with results revealing previous immigration violations. Record checks confirmed DIAZ is an alien, native, and citizen of Mexico, with no legal document to enter into or be in the United States.

3

DIAZ was advised of his Miranda warnings to which he stated he understood and was willing to answer questions without the presence of an attorney. DIAZ stated he was attempting to enter the United States illegally by concealing himself on the train as it made entry from Mexico. DIAZ stated he met an unknown smuggler who instructed him to get on the train and hide in an attempt to enter illegally into the United States. DIAZ admitted he is a citizen and native of Mexico with no legal documents to enter, reside, or pass through the United States. DIAZ stated if successful in his illegal attempt his final destination was to travel to Santa Clara, California where he would seek employment.

Record checks revealed that DIAZ was most recently removed from the United States on May 10, 2018. There is no evidence showing DIAZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.